UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT C. BROADWAY | CIVIL ACTION NO. 97-0940; "Sec. P" |
| VS. | JUDGE ELIZABETH E. FOOTE |
| WARDEN LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Broadway's Motion for Relief from Judgment under Rule 60(b), [doc. # 27], is hereby **DENIED.**

THUS DONE AND SIGNED this ____ day of June, 2017, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE